# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00085-WMR-JSA
### USA v. Weems et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 10/18/2022.

TIME COURT COMMENCED: 9::40 A.M.
TIME COURT CONCLUDED: 10:55 A.M.    COURT REPORTER: Wynette Blathers
TIME IN COURT: 1:15    DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [2]Avery Itez Long Present at proceedings |
| ATTORNEY(S) PRESENT: | Dennis O'Brien representing Avery Itez Long<br>Joseph Plummer representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Defendant's attorney presented two certificates to the Court on Defendant's behalf. They were returned to counsel at counsel's request. Mr Long's sister and niece spoke, Defendant allocuted Defendant sentenced as to Count 2 of the Criminal Indictment and advised of appeal rights. Defendant objected to sentencing. See Judgment and Commitment for sentence. CUSM |
| HEARING STATUS: | Hearing Concluded |